MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $19,100.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:24-MC-00169-DJC-SCR<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Steven Zangrilli ("claimant"), appearing *in propria persona*, as follows:

1. On or about January 25, 2024, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $19,100.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 2, 2023.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
2  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
3  parties.  That deadline was April 24, 2024.

4      4. By Stipulation and Order filed April 24, 2024, the parties stipulated to extend to June 24,
5  2024, the time in which the United States is required to file a civil complaint for forfeiture against the
6  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
7  forfeiture.

8      5. By Stipulation and Order filed June 25, 2024, the parties stipulated to extend to July 24,
9  2024, the time in which the United States is required to file a civil complaint for forfeiture against the
10 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
11 forfeiture.

12     6. By Stipulation and Order filed July 24, 2024, the parties stipulated to extend to August 23,
13 2024, the time in which the United States is required to file a civil complaint for forfeiture against the
14 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
15 forfeiture.

16     7. By Stipulation and Order filed August 23, 2024, the parties stipulated to extend to October
17 22, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the
18 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
19 forfeiture.

20     8. By Stipulation and Order filed October 22, 2024, the parties stipulated to extend to
21 December 20, 2024, the time in which the United States is required to file a civil complaint for forfeiture
22 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
23 subject to forfeiture.

24     9. By Stipulation and Order filed December 20, 2024, the parties stipulated to extend to
25 January 17, 2025, the time in which the United States is required to file a civil complaint for forfeiture
26 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
27 subject to forfeiture.

28     10. By Stipulation and Order filed January 21, 2025, the parties stipulated to extend to

February 18, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 20, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 20, 2025.

Dated: 2/14/2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/14/2025

/s/ Steven Zangrilli
STEVEN ZANGRILLI
Potential Claimant, appearing *in propria persona*

(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: February 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE